UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BUCK KREIHS MARINE REPAIR, LLC** | * | |
| **Plaintiff** | * | **NO.:** |
| | * | |
| **VERSUS** | * | **Section:** |
| | * | |
| **BOA MARINE, LLC AND  OFFSHORE** | * | |
| **TOWING INTERNATIONAL, INC.** | * | |
| **Defendants** | * | **JURY DEMAND** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>COMPLAINT FOR DAMAGES</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **BUCK KREIHS MARINE REPAIR, LLC** (hereinafter referred to as "Buck Kreihs"), who files this Complaint against the defendants under the general maritime law.

I.

Buck Kreihs Marine Repair, LLC is a limited liability company organized and existing under the laws of Louisiana, with its principal place of business in New Orleans, Louisiana.

II.

Named as Defendants in this matter are:

1. BOA Marine, LLC, a Texas limited liability company with its principal place of business located at 1400 Broadfield Blvd., Ste. 200, Houston, Texas, 77084-5162, whose agent is Timothy Redland, located at 1400 Broadfield Blvd., Ste. 200, Houston, Texas, 77084.

2. Offshore Towing International, Inc. which is a Louisiana limited liability company whose principal place of business is 11812 Highway 308, Larose, Louisiana 70373, whose agent for service of process is Kelly Falgout, 11812 Highway 308, Larose, LA  70373.

1

III.

This is an admiralty and maritime action arising from an allision between a moving vessel and the plaintiff's stationary dock on the Mississippi River in New Orleans, Louisiana, which resulted in substantial property damage to the dock.

IV.

The Court has jurisdiction over this matter under 28 U.S.C. § 1333 because the allision was caused by a vessel on navigable waters of the United States of America and bears a substantial relationship to traditional maritime activity, satisfying both the location and connection tests for subject matter jurisdiction.

V.

Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b)(2), as the events giving rise to the claims asserted herein occurred within the jurisdiction of this Court.

VI.

Buck Kreihs business includes the maintaining and repairing industrial and commercial marine equipment aboard ships and other vessels.

VII.

In furtherance of its business, Buck Kreihs operates a dock on the Mississippi River in New Orleans, Louisiana.

VIII.

At all times pertinent, the Boa Marine barge #22 involved in this accident was owned by Boa Marine, LLC.

IX.

At all times pertinent, the tugboat Mr. Jonah was owned and operated by Offshore Towing, Inc.

X.

On or around November 8, 2025, the tugboat, Mr. Jonah was pushing the Boa Marine barge #22 to the Buck Kreihs dock for repairs. While the tug was attempting to dock the barge, the barge and tugboat crashed into the side of Buck Kreihs' dock causing significant damages.

XI.

Upon information and belief, the Mr. Jonah was operating under a contract with Boa Marine, which made them responsible for the actions of the tug.

XII.

Buck Kreihs incurred at least $128,700 in property damages from the Defendants' negligent operation of the tug and barge described above.

XIII.

The Defendants failed to operate this barge and tugboat with reasonable care.

XIV.

Despite amicable demand for payment and proof of loss, no payment has been made by the Defendants.

XV.

The Defendants are liable to Buck Kreihs because:

(1) They failed to safely and carefully operate the tug while attempting to dock the barge in its tow and negligently collided with the fixed dock.

3

(2) The Mr. Jonah was operating under a contract with Boa Marine, which made them vicariously liable for the tug's negligence and the resulting damage.

(3) The Mr. Jonah, was on a mission for Boa Marine, LLC, thus they are vicariously liable for his negligence and resulting damages.

XVI.

The Defendants' refusal to pay and the delays in resolving this claim have been unreasonable, negligent, and/or in bad faith.

WHEREFORE, Buck Kreihs Marine Repair, LLC, prays that the Defendants be duly cited and served with this Complaint and that, after all due proceedings are had, there be a judgment entered in its favor and against the Defendants, BOA Marine and Offshore Towing International, Inc., for all damages owed, plus any and all penalties, attorneys fees, costs and interest owed and any and all other general and equitable relief to which it might be entitled.

Respectfully submitted:

_____

GEORGE J. NALLEY, JR.              (9883)
ANNA M. DEDEAUX                    (41717)
*Mouledoux, Bland, Legrand & Brackett, LLC*
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Email: gnalley@mblb.com
Email: adedeaux@mblb.com